854 A.2d 475

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Angel Luis RODRIGUEZ, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided July 22, 2004.

Janna Rae Steinruck, for the Commonwealth of Pennsylvania.

Douglas H. Cody, Esq., Lancaster, for appellee.

James Jude Karl, Esq., for Angel Rodriguez.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar

as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.